IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON

JORDAN LAWRENCE RAUCH,

    **Plaintiff,**

v.                                  Case No. 2:17-cv-03786

**PSI MED, INC., et al.,**

    **Defendants.**

## PROPOSED FINDINGS AND RECOMMENDATION

This matter is assigned to the Honorable John T. Copenhaver, Jr., United States District Judge, and it is referred to the undersigned United States Magistrate Judge for submission of proposed findings and a recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). Pending before the court is the plaintiff's Letter-Form Motion for Judgment by Default (ECF No. 8) (hereinafter "Motion for Default Judgment").

For the reasons stated herein, it is respectfully **RECOMMENDED** that the presiding District Judge **DENY** the plaintiff's Motion for Default Judgment (ECF No. 8).

## PROCEDURAL HISTORY

The plaintiff filed the instant Complaint (ECF No. 2) on August 9, 2017. Then, on August 21, 2017, the plaintiff filed a Motion for Discovery (ECF No. 6) and a Motion for Mental Health Evaluation (ECF No. 7). Notwithstanding the fact that the court had not yet conducted the initial screening required by 28 U.S.C. § 1915A and 1915(e)(2)(B), and had not yet ordered service of process on any of the defendants, on September 13, 2017, the plaintiff filed the instant Motion for Default Judgment (ECF No. 8), in which he

requests that "judgment by default" be granted against the defendants because "the defendants have had over (30) thirty days to respond to the case and my motions . . . ."

## ANALYSIS

Rule 55(a) of the Federal Rules of Civil Procedure requires that default be entered by the Clerk when "a party against whom a judgment for affirmative relief is sought" has "failed to plead or otherwise defend and that failure is shown by affidavit or otherwise . . . ." Fed. R. Civ. P. 55(a). Furthermore, "Rule [55(b)] of the Federal Rules of Civil Procedure authorizes the entry of a default judgment when a defendant fails 'to plead or otherwise defend' in accordance with the Rules." *United States v. Moradi*, 673 F.2d 725, 727 (4th Cir. 1982); *see also* Fed. R. Civ. P. 55(b).

The undersigned proposes that the presiding District Judge **FIND** that a default judgment against defendants herein is not presently warranted. The plaintiff's Motion for Default Judgment was filed prior to proper service of process on the defendants and, thus, they have no obligation to "plead or otherwise defend" against the Complaint unless and until they are properly served with process. Accordingly, the undersigned proposes that the presiding District Judge **FIND** that the plaintiff is not presently entitled to entry of default, a default judgment, or for any summary award of the relief demanded in the Complaint.

## RECOMMENDATION

For the reasons stated herein, it is respectfully **RECOMMENDED** that the presiding District Judge **DENY** the plaintiff's Letter-Form Motion for Judgment by Default (ECF No. 8).

The plaintiff is **NOTIFIED** that this Proposed Findings and Recommendation is hereby **FILED**, and a copy will be submitted to the Honorable John T. Copenhaver, Jr., United States District Judge.  Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), and Rules 6(d) and 72(b), Federal Rules of Civil Procedure, the plaintiff shall have fourteen days (filing of objections) and three days (mailing) from the date of filing this Proposed Findings and Recommendation within which to file with the Clerk of this Court, specific written objections, identifying the portions of the Proposed Findings and Recommendation to which objection is made, and the basis of such objection.  Extension of this time period may be granted by the presiding District Judge for good cause shown.

Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.  *Snyder v. Ridenour*, 889 F.2d 1363 (4th Cir. 1989); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).  Copies of such objections shall be provided to Judge Copenhaver.

The Clerk is directed to file this Proposed Findings and Recommendation and to mail a copy of the same to the plaintiff.

October 27, 2017

Dwane L. Tinsley
United States Magistrate Judge

3